UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              CHAPTER 13

    RUDY D. ARNOLD                                          CASE NUMBER:  18-12585-mdc
DEBTOR

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND OTHER REQUIRED DOCUMENTS**

The Debtor's move this Court as follows:

1.  On April 18, 2018, the Debtor filed an Emergency Voluntary Petition in Bankruptcy.

2.  The Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities Form B106, Means Test Calculation Form 122C-2, and Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 are due on May 16, 2018.

3.  The Debtor requests an additional fourteen (10) days to prepare and gather these documents from Creditors and other sources.

THEREFORE, the Debtor requests that this Court grant an extension of fourteen (14) days, until May 26, 2018, to prepare and file The Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities Form B106, Means Test Calculation Form 122C-2, and Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1.

Date:  May 14, 2018

                              Christopher Constantine Carr, Esquire
                              PA Attorney #46249
                              3240 Tyning Lane
                              Downingtown, PA  19335
                              Phone:  610.380.7969
                              Fax:  888.503.3513
                              E-Mail:  cccarresq@aol.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RUDY D. ARNOLD | CASE NUMBER: 18-12585-mdc |
| DEBTOR | |

## ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES
## AND OTHER REQUIRED DOCUMENTS

It is ORDERED that the Debtor herein shall have until May 26, 2018 to file The Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities Form B106, Means Test Calculation Form 122C-2, and Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1.

By the Court

Date: May _____ 2018                    _____

Madeline D. Coleman

Judge, United States Bankruptcy Court