# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RUDY D. ARNOLD | CASE NUMBER:  18-12585-mdc |
| DEBTOR | |

## CERTIFICATE OF SERVICE

I, Christopher Carr, Counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or first class United States mail, postage prepaid, a true and correct copy of Motion For Extension Of Time To File Schedules And Other Required Documents by ECF/electronic mail or mailing addresses:

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

Respectfully Submitted,

Date:  May 14, 2018

Christopher Constantine Carr, Esquire
PA Attorney #46249
3240 Tyning Lane
Downingtown, PA  19335
Phone:  610.380.7969
Fax:  888.503.3513
E-Mail:  cccarresq@aol.com