**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RUDY D. ARNOLD | CASE NUMBER:  18-12585-mdc |
| DEBTOR | |

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

It is ORDERED that the Debtor herein shall have until May 26, 2018 to file The Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities Form B106, Means Test Calculation Form 122C-2, and Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1.

By the Court

Date: May   17,   2018

_____

Magdeline D. Coleman

Judge, United States Bankruptcy Court