United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Rudy D Arnold
Rudy D Arnold
    Debtors

Case No. 18-12585-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: May 17, 2018
   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
db      Rudy D Arnold,    MAILING ADDRESS,    P.O. Box 26,    Kemblesville, PA   19347-0026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:
       CHRISTOPHER CONSTANTINE CARR    on behalf of Debtor Rudy D Arnold cccarresq@aol.com, loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com
       CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Union Home Mortgage Corp. bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
           TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:　　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　RUDY D. ARNOLD　　　　　　　　　　　　CASE NUMBER:  18-12585-mdc

　　　　DEBTOR

---

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

　　It is ORDERED that the Debtor herein shall have until May 26, 2018 to file The Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities Form B106, Means Test Calculation Form 122C-2, and Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1.

　　　　　　　　　　　　　　　　　　　　　　　By the Court

Date:  May　17,　 2018　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman

　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court