United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rudy D Arnold  
Rudy D Arnold  
    Debtors

Case No. 18-12585-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 18, 2018  
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.  
14102130       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,     Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:  
         CHRISTOPHER CONSTANTINE CARR    on behalf of Debtor Rudy D Arnold cccarresq@aol.com, loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com  
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Union Home Mortgage Corp. bkgroup@kmllawgroup.com  
         SHAAN S. CHIMA    on behalf of Creditor    Manufacturers and Traders Trust Company, successor to Wilmington Trust Company shaan.chima@gebsmith.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12585-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Rudy D Arnold
1833 New London Road
Landenberg PA 19350

Rudy D Arnold
MAILING ADDRESS
P.O. Box 26
Kemblesville PA 19347-0026

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/17/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/20/18

Tim McGrath
**CLERK OF THE COURT**