# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12585-MDC

RUDY D ARNOLD

PO BOX 26

KEMBLESVILLE, PA 19347

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RUDY D ARNOLD

PO BOX 26

KEMBLESVILLE, PA 19347

Counsel for debtor(s), by electronic notice only.

CHRISTOPHER CONSTANTINE CARR
122 MAYFIELD DR

COATESVILLE, PA 19320

                                              /S/ William C. Miller

Date: 8/9/2018                           _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee