# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: | Case No. 18-12585 |
| RUDY ARNOLD, | Chapter 13 |
| Debtor(s). | |

## PRAECIPE TO WITHDRAW TRANSFER OF CLAIM

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

COMES NOW, Specialized Loan Servicing LLC ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 28), filed on July 17, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Fax: (206) 269-3493
Email: lisac@w-legal.com

47740779

## CERTIFICATE OF SERVICE

   I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 10, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

<u>Debtor(s) via First-Class Mail</u>
**Rudy D Arnold**
MAILING ADDRESS
P.O. Box 26
Kemblesville, PA 19347-0026

<u>Debtor(s) Counsel via First-Class Mail</u>
**CHRISTOPHER CONSTANTINE CARR**
Law Offices of CHRISTOPHER CONSTANTINE C
122 Mayfield Drive
Coatesville, PA 19320

<u>Trustee via First-Class Mail</u>
WILLIAM C MILLER ESQ
1229 PO BOX
PHILADELPHIA, PA 19105

<u>United States Trustee via First- Class Mail</u>
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

   /s/ Nikole Montufar
   Nikole Montufar
   Legal Assistant to Lisa Cancanon

47740779