# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-12585-MDC

RUDY D ARNOLD

PO BOX 26

KEMBLESVILLE, PA 19347

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    RUDY D ARNOLD

    PO BOX 26

    KEMBLESVILLE, PA 19347

**Counsel for debtor(s), by electronic notice only.**
    CHRISTOPHER CONSTANTINE CARR
    122 MAYFIELD DR

    COATESVILLE, PA 19320

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

          /s/ William C. Miller

Date: 10/17/2018

          _____
          William C. Miller, Esquire
          Chapter 13 Standing Trustee