# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12585-MDC

RUDY D ARNOLD

PO BOX 26

KEMBLESVILLE, PA 19347

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RUDY D ARNOLD

PO BOX 26

KEMBLESVILLE, PA 19347

Counsel for debtor(s), by electronic notice only.

CHRISTOPHER CONSTANTINE CARR
122 MAYFIELD DR

COATESVILLE, PA 19320

        /S/ William C. Miller

Date: 10/29/2018

        _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee