United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12585-mdc
Rudy D Arnold                                                           Chapter 13
Rudy D Arnold
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1              Date Rcvd: Jan 23, 2019
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             Rudy D Arnold,    1833 New London Road,    Landenberg, PA 19350
db             Rudy D Arnold,    MAILING ADDRESS,   P.O. Box 26,   Kemblesville, PA 19347-0026
               Betty G. Arnold,   1833 New London Rd.,    Landenberg, PA 19350

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
              CHRISTOPHER CONSTANTINE CARR    on behalf of Debtor Rudy D Arnold cccarresq@aol.com,
               loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              LISA  CANCANON    on behalf of Creditor    Specialized Loan Servicing LLC LisaC@w-legal.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Union Home Mortgage Corp. bkgroup@kmllawgroup.com
              SHAAN S. CHIMA    on behalf of Creditor    Manufacturers and Traders Trust Company, successor to
               Wilmington Trust Company shaan.chima@gebsmith.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Rudy D. Arnold | Debtor(s) | CHAPTER 13 |
| M&T BANK | Movant | |
| vs. | | NO. 18-12585 MDC |
| Rudy D. Arnold | Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Betty G. Arnold | Co-Debtor | |
| William C. Miller Esq. | Trustee | |

### ORDER

AND NOW, this 22nd day of January, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 5422 3D4 Valley Green Drive, Wilmington, DE 19808 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_Magdeline D. C_____
BJ.

Rudy D. Arnold
1833 New London Road
Landenberg, PA 19350

Betty G. Arnold
1833 New London Road
Landenberg, PA 19350

Christopher Constantine Carr
Law Offices of CHRISTOPHER CONSTANTINE C
122 Mayfield Drive
Coatesville, PA 19320

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532