# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RUDY D. ARNOLD                          CHAPTER 13

        DEBTOR(S)                          CASE NUMBER:  18-12585-mdc

M&T BANK

        MOVANT

        vs.

RUDY D. ARNOLD                                   11 U.S.C. SECTION 362 and 1301

        DEBTOR(S)

BETTY G. ARNOLD

        CO-DEBTOR

        DECEASED

## CERTIFICATE OF SERVICE

I, Christopher Carr, Counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or first class United States mail, postage prepaid, a true and correct copy of **OBJECTION TO MOTION OF M&T BANK FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND 1301** by ECF/electronic mail or mailing addresses:

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com


Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
RSolarz@kmllawgroup.com



Respectfully Submitted,


Date:  May 20, 2019

                Christopher Constantine Carr, Esquire
                PA Attorney #46249
                3240 Tyning Lane
                Downingtown, PA  19335
                Phone:  610.380.7969
                Fax:  888.503.3513
                E-Mail:  cccarresq@aol.com