**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   RUDY D. ARNOLD                     CHAPTER 13

     DEBTOR(S)                     CASE NUMBER:  18-12585-mdc

M&T BANK

     MOVANT

     vs.

RUDY D. ARNOLD                              11 U.S.C. SECTION 362 and 1301

     DEBTOR(S)

BETTY G. ARNOLD

     CO-DEBTOR

     DECEASED

---

**PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO MOTION OF M&T BANK FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND 1301**

Please withdraw Debtor's Objection To Motion Of M&T Bank For Relief From The Automatic Stay Under Section 362 And 1301 (Document Number 60.) filed on May 20, 2019

.
Respectfully submitted,

Date:  May 20, 2019

                          Christopher Constantine Carr, Esquire
                          PA Attorney #46249
                          3240 Tyning Lane
                          Downingtown, PA  19335
                          Phone:  610.380.7969
                          Fax:  888.503.3513
                          E-Mail:  cccarresq@aol.com