**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    RUDY D. ARNOLD                              CHAPTER 13

        DEBTOR(S)                              CASE NUMBER:  18-12585-mdc


M&T BANK

        MOVANT

        vs.

RUDY D. ARNOLD                              11 U.S.C. SECTION 362 and 1301

        DEBTOR(S)

BETTY G. ARNOLD

        CO-DEBTOR

        DECEASED

---

**CERTIFICATE OF SERVICE**

  I, Christopher Carr, Counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or first class United States mail, postage prepaid, a true and correct copy of **PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO MOTION OF M&T BANK FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND 1301** by ECF/electronic mail or mailing addresses:

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
RSolarz@kmllawgroup.com

Respectfully Submitted,

Date:  May 20, 2019

Christopher Constantine Carr, Esquire
PA Attorney #46249
3240 Tyning Lane
Downingtown, PA  19335
Phone:  610.380.7969
Fax:  888.503.3513
E-Mail:  cccarresq@aol.com