**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    CHAPTER 13

      RUDY D. ARNOLD                          CASE NUMBER:  18-12585-mdc

      DEBTOR

---

**CERTIFICATE OF SERVICE**

    I, Christopher Carr, Counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or first class United States mail, postage prepaid, a true and correct copy of Motion To Convert Case From Chapter 13 To Chapter 7 by ECF/electronic mail or mailing addresses:

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Kohl's / Capital One, N.A.
PO Box 3115
Milwaukee, WI 53201-3115

Law Offices of Patrick Scanlon, P.A.
203 NE Front Street
Suite 101
Milford, DE 19963

Linden Green Condos
c/o Common Cents Property Mgmt
1701 Augustine Rd, Ste 16
Wilmington, DE 19803

M&T Bank
Lending Services - Customer Support
PO Box 900
Millsboro, DE 19966-0900

M&T Bank
P.O. Box 1508
Buffalo, NY 14240-1508

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103-1814

Portfolio Recovery Associates
120 Corporate Blvd
Suite 100
Norfolk, VA 23502-4962

Portfolio Recovery Associates, LLC
P.O. Box 41031
Norfolk, VA 23541-1031

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Stern & Eisenberg
Mid-Atlantic Region
500 Creek View Road
Suite 304
Newark, DE 19711-8549


U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
P.O. Box 108
Saint Louis, MO 63166-0108

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335



Respectfully Submitted,


Date:  September 3, 2019

_____

Christopher Constantine Carr, Esquire
PA Attorney #46249
3240 Tyning Lane
Downingtown, PA  19335
Phone:  610.380.7969
Fax:  888.503.3513
E-Mail:  cccarresq@aol.com