## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CHAPTER 13

    RUDY D. ARNOLD                        CASE NUMBER:  18-12585-mdc

    DEBTOR(S)

---

## ORDER GRANTING MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7

It is ORDERED that the Debtor's Motion to Convert Chapter 13 Case to Chapter 7 is granted.

By the Court

Date:  September 12 , 2019

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
Judge, United States Bankruptcy Court