United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12585-mdc
Rudy D Arnold                                                         Chapter 7
Rudy D Arnold
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2           Date Rcvd: Sep 12, 2019
                              Form ID: pdf900          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db              Rudy D Arnold,    1833 New London Road,    Landenberg, PA  19350
db              Rudy D Arnold,    MAILING ADDRESS,    P.O. Box 26,    Kemblesville, PA  19347-0026
cr             +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
cr             +Manufacturers and Traders Trust Company, successor,    c/o Shaan S. Chima, Esq.,
                 Gebhardt & Smith LLP,    One South Street,    Suite 2200,    Baltimore, MD 21202-3281
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14098907        American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
14103776        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14109477        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14112179       +Law Offices of Patrick Scanlon,    203 NE Front Street,    Suite 101,    Milford, DE 19963-1431
14112180        Linden Green Condos,    c/o Common Cents Property Mgmt,    1701 Augustine Rd, Ste 16,
                 Wilmington, DE 19803
14103699       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14123099       +M&T Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14122330       +Manufacturers and Traders Trust Company,    c/o Shaan S. Chima, Esquire,
                 One South Street, Suite 2200,    Baltimore, MD 21202-3281
14098910        Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1814
14102130       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14104285        U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
14104857       +Union Home Mort. Corp.,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14098912        Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 02:56:48
                 The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14099093       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 02:55:53
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14098908        E-mail/Text: bncnotices@becket-lee.com Sep 13 2019 02:57:48     Kohl's / Capital One, N.A.,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14098909        E-mail/Text: camanagement@mtb.com Sep 13 2019 02:57:51     M&T Bank,
                 Lending Services - Customer Support,    PO Box 900,    Millsboro, DE 19966-0900
14112132        E-mail/Text: camanagement@mtb.com Sep 13 2019 02:57:51     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14128358        E-mail/Text: camanagement@mtb.com Sep 13 2019 02:57:51     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
14121995        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 02:56:21
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14094007       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 02:55:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14123193        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:58:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14098911       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 02:56:20
                 Portfolio Recorery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502-4952
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14166708*      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Randi                Page 2 of 2                  Date Rcvd: Sep 12, 2019
                              Form ID: pdf900            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              CHRISTOPHER CONSTANTINE CARR    on behalf of Debtor Rudy D Arnold cccarresq@aol.com,
               loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              LISA  CANCANON    on behalf of Creditor    Specialized Loan Servicing LLC LisaC@w-legal.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Union Home Mortgage Corp. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SHAAN S. CHIMA    on behalf of Creditor    Manufacturers and Traders Trust Company, successor to
               Wilmington Trust Company shaan.chima@gebsmith.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      CHAPTER 13

        RUDY D. ARNOLD                         CASE NUMBER: 18-12585-mdc

            DEBTOR(S)

---

## ORDER GRANTING MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7

It is ORDERED that the Debtor's Motion to Convert Chapter 13 Case to Chapter 7 is granted.

By the Court

Date: September 12, 2019

_____
MAGDELINE D. COLEMAN
Judge, United States Bankruptcy Court