```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                      Case No. 18-12585-mdc
Rudy D Arnold                                               Chapter 7
Rudy D Arnold
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 1           Date Rcvd: Jan 09, 2020
                               Form ID: 195             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db             Rudy D Arnold,    1833 New London Road,    Landenberg, PA   19350
db             Rudy D Arnold,    MAILING ADDRESS,    P.O. Box 26,    Kemblesville, PA   19347-0026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              CHRISTOPHER CONSTANTINE CARR    on behalf of Debtor Rudy D Arnold cccarresq@aol.com,
               loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              LISA   CANCANON    on behalf of Creditor    Specialized Loan Servicing LLC LisaC@w-legal.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Union Home Mortgage Corp. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SHAAN S. CHIMA    on behalf of Creditor    Manufacturers and Traders Trust Company, successor to
               Wilmington Trust Company shaan.chima@gebsmith.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Rudy D Arnold : Case No. 18−12585−mdc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 9, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

89
Form 195